IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| CLEAVESTER CHARLESTON, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| vs. | ) | CIVIL ACTION NO. 10-00704-CG-B |
|  | ) |  |
| HALE COUNTY COMMISSION, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Amended Report and Recommendation of the Magistrate Judge made under 28 U.S.C. §636(b)(1)(B) is **ADOPTED** as the opinion of this court.

It is **ORDERED** that the Defendant's Motion to Dismiss (Doc. 10) is **GRANTED in part**, and **DENIED in part** as follows:

1) Defendant's motion to dismiss plaintiff's complaint due to laches is DENIED;

2) Defendant's motion to dismiss plaintiff's retaliation claim is DENIED as MOOT; and

3) Defendant's motion to dismiss plaintiff's claim for punitive damages is GRANTED with prejudice.

**DONE and ORDERED** this 9th day of May, 2011.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE